IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| CHARLES BRANNON, | * | |
| Plaintiff, | * | |
| v. | * | CV 618-9 |
| RETRIEVAL-MASTERS CREDITORS BUREAU, INC., a New York Corporation, | * | |
| Defendant. | * | |

**O R D E R**

Before the Court is the parties' stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A). (Doc. 11.) Upon due consideration and in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), **IT IS HEREBY ORDERED** that Plaintiff's claim against Defendant is **DISMISSED WITH PREJUDICE**. The Clerk is directed to **CLOSE** this case. Each party shall bear its own costs.

**ORDER ENTERED** at Augusta, Georgia, this 10th day of July, 2018.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA